**Dismissed and Memorandum Opinion filed June 26, 2025**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00081-CV

## RAM INDUSTRIES ACQUISITIONS, LLC DBA RAM WINDOWS, Appellant

### V.

## ROUGH CREEK OPERATING, LP, Appellee

**On Appeal from the 18th District Court
Somervell County, Texas
Trial Court Cause No. C10940**

## MEMORANDUM OPINION

This appeal is from a judgment signed January 27, 2025. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the Court that the appellant did not make arrangements to pay for the record.

On May 23, 2025, notification was transmitted to all parties of the Court's intention to dismiss the appeal for want of prosecution unless, within ten days,

appellant paid or made arrangements to pay for the record and provided this Court with proof of payment.[1] No response was filed. Appellant has not provided proof of payment for the record. We dismiss the appeal for want of prosecution.[2]

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.

---

[1]    *See* TEX. R. APP. P. 37.3(b).

[2]    *See id.* R. 42.3(b).